# FIRST DISTRICT COURT OF APPEAL
## STATE OF FLORIDA

_____

No. 1D17-1698
_____

CEOPHIA PERKINS,

Petitioner,

v.

JACKSONVILLE HOUSING
AUTHORITY,

Respondent.

_____

Petition for writ of certiorari.

April 6, 2018

PER CURIAM.

DENIED.

B.L. THOMAS, C.J., and RAY and BILBREY, JJ., concur.

_____

***Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.***

_____

Ceophia Perkins, pro se, Petitioner.

Craig D. Feiser, City of Jacksonville, Office of General Counsel, Jacksonville, for Respondent.